**DENY; and Opinion Filed July 26, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00844-CV**

**IN RE CALVIN ERVIN MCNAC, Relator**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F03-71678-T**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lewis
Opinion by Justice Lewis

Relator contends the trial court violated a ministerial duty by not ruling on his motion for access to the trial record. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.


/David Lewis/
DAVID LEWIS
JUSTICE

130844F.P05